THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY KAY and MURRAY FISCHEL, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP E. NANNERY and EDWARD J. CRONLEY, Appellants.

Argued November 29, 1951; decided January 10, 1952.

*Kalman I. Nulman* and *Louis B. Brodsky* for Harry Kay, appellant.

*Milton D. Goldman, Jerome Drazen* and *Daniel M. Shientag* for Murray Fischel, appellant.

*Alexander Sacks* for Philip E. Nannery and another, appellants.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 303 N. Y. 830.]